IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STACY NORRIS, | : | |
| | : | Case No. 2:17-CV-791 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Jolson |
| GLASSDOOR, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's February 16, 2018 **Report and Recommendation** (ECF No. 23), which recommended that Defendant's Motion to Dismiss (ECF No. 4) be denied as moot.

The parties have failed to file any objections, and the deadline for objections (March 2, 2018) has lapsed. Additionally, Plaintiff filed an amended complaint (ECF No. 24), mooting the Defendant's first Motion to Dismiss. Defendant has already filed a Motion to Dismiss the First Amended Complaint (ECF No. 25) which will be decided on the merits.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Defendant's Motion to Dismiss (ECF No. 4) is **DENIED AS MOOT**.

    IT IS SO ORDERED.

                                               s/ Algenon L. Marbley
                                            **ALGENON L. MARBLEY**
                                            **UNITED STATES DISTRICT JUDGE**

**DATED: March 6, 2018**